06 FEB 16 PM 1:42

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. _____ |
| Plaintiff, ) | |
| ) | |
| vs. ) | **INFORMATION** |
| ) | T. 18, U.S.C., § 2319 |
| DAVID M. FISH, ) | T. 17, U.S.C., § 506 |
| a/k/a "x000x", ) | |
| ) | |
| Defendant. ) | |

**THE UNITED STATES ATTORNEY CHARGES:**

**Count 1**
(Criminal Infringement of a Copyright)

From in or about January 2003 and continuing through in or about April 2004, in the Southern District of Iowa and elsewhere, DAVID M. FISH, a/k/a "x000x", defendant herein, during a 180-day period did willfully reproduce and distribute at least ten infringing copies of one or more copyrighted works, with a total retail value of more than $2,500, for purposes of private financial gain.

This is a violation of Title 17 United States Code, Section 506(a)(1) and Title 18 United States Code, Section 2319(b)(1).

THE UNITED STATES OF AMERICA

_____
MATTHEW G. WHITAKER
United States Attorney

_____
RICHARD RICHARDS
Assistant United States. Attorney